# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America | Action No.: 3:03CR00008-004 |
| -vs- | Date: 10/31/07 |
| | Judge: Norman K. Moon |
| Tadashi Demetrius Keyes | Court Reporter: Carol Jacobs |

## LIST OF WITNESSES

| Attorney | Attorney |
|---|---|
| Stephen Pfleger | Darryl Parker |

**PLAINTIFF/GOVERNMENT:**
1. John Stoltz
2. 
3. 
4. 

**DEFENDANT:**
1. Lawrence D. Keyes, Jr.
2. 
3. 
4. 

**PROCEEDINGS:**

REMAND HEARING: Deputy Clerk Heidi Wheeler  Probation Ricardo Carter 11:30-12:18=48 min

Defendant present for remand hearing. Presentence report has previously been prepared. Defense counsel will adopt the previous objections. Government relies on presentence report and the Courts findings. Specific findings by Court. Computations by Court. Mitigating evidence adduced. Arguments by counsel. Remarks by Court. No Allocution. CBOP: Life term plus 120 months, this term consists of Life as to Count 1 and 120 months as to Count 4, all to be served consecutively. S/R 5 years on each of Counts 1 and 4 to run concurrently. Defendant shall pay any special assessment and restitution that is imposed by this judgment. Defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices. Defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms and illegal controlled substances.

Defendant shall make restitution in the amount of $5,286.00 as follows: Commonwealth of Virginia, $3,500.00; Donny Cimburke, $1,786.00. Restitution to be paid in monthly installments of $25.00 beginning 90 days after the judgment. Interest is waived. No Fine. Special Assessment $200.00 due immediately. Court advises the defendant of his right to appeal. Defendant remanded to custody.