Thursday Evening

Date: 1/6/22

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 13 2022

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Clerk,

Hello, I hope that you are having a good day at the office.

There has been a recently supreme court case "Borden v. US" ruling where the supreme court ruled in Borden favor. Clerk that case applies to me. I would like to amend my "First step act motion" adding Borden new case law to it. Thank-you have a nice day.

Sincerely,
Tadashi Meyer



Tadashi Keyes
08864-084
United states penitentiary - Pollock
P.O. box 2099
Pollock, LA
71467

SHREVEPORT LA 710
7 JAN 2022 PM 3 L

Office of the clerk
united states district court
for the western district of Virginia
255 west main St,
Room 304
Charlottesville, VA
22902

22902-505679