**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:03-cr-8-4 |
| v. | ORDER |
| TADASHI DEMETRIUS KEYES, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

Defendant Tadashi Keyes' motion for resentencing pursuant to the First Step Act, Dkts. 433, 436, is **GRANTED in part** in accordance with the memorandum opinion accompanying this Order. Keyes' total term of imprisonment is hereby be **REDUCED** to 280 months, consisting of 160 months on for his violation of 21 U.S.C. § 841(b)(1)(A) and 120 consecutive months for his violation of 18 U.S.C. § 924(c). All other terms of the sentence not altered by this Order will remain in full force and effect

The Clerk of Court is directed to send copies of this Order to Defendant, all counsel of record, the United States Probation Office, and the United States Marshals Service for delivery to the Bureau of Prisons.

Entered this 11th day of March 2022.

*[signed]*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE